UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMAR BRANCH,

    Plaintiff,

v.

BAY AREA RAPID TRANSIT, et al.,

    Defendants.

Case No. 19-cv-03810-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 24, 2020 at 2:00 p.m. |
| PREVIOUSLY REFERRED TO MAGISTRATE JUDGE BEELER FOR SETTLEMENT CONFERENCE | |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | March 1, 2020 |
| NON-EXPERT DISCOVERY CUTOFF: | June 3, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: June 17, 2020<br>Rebuttal: July 1, 2020 |
| EXPERT DISCOVERY CUTOFF: | July 15, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | September 8, 2020 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 30, 2020 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 6, 2020 |
| PRETRIAL CONFERENCE: | Friday, November 20, 2020 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| TRIAL DATE AND LENGTH: | Monday, December 7, 2020 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, October 30, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 13, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge